THORPE SHWER, P.C.

**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: max.gershenoff@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co.,*
*GEICO Indemnity Co., GEICO General Insurance Co., and*
*GEICO Casualty Co.*

## IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., | NO. 2:20-cv-00373-PHX-SMB |
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES** |
| v. | (Assigned to the Hon. Susan M. Brnovich) |
| Auto Glass Express, L.L.C. d/b/a AG Express, Danielle Dean, and Saxton Lafasto, | |
| Defendants. | |

THORPE SHWER, P.C.

Auto Glass Express, L.L.C. d/b/a AG
Express and Danielle Dean,

                    Counterclaimants,

v.

Government Employees Insurance Co.,
GEICO Indemnity Co.; GEICO General
Insurance Company and GEICO
Casualty Co.,

                    Counterdefendants.

Plaintiffs-Counterdefendants Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") and Defendants-Counterclaimants Auto Glass Express, L.L.C. d/b/a AG Express, Danielle Dean, and Saxton Lafasto (collectively the "AG Parties" and, collectively with GEICO the "Parties") hereby notify the Court that, based on the communications and discussions between and among counsel for the Parties, the Parties have agreed to a settlement on all material terms in this case.  The Parties are currently finalizing the terms of the settlement, and anticipate having final settlement documents within 30 days of this Notice.  Once the settlement is finalized, the Parties will file a stipulation for dismissal of this case. The Parties request that all deadlines, including GEICO's deadline to respond to the AG Parties' counterclaims and the Parties' obligations under the Mandatory Initial Disclosure Pilot Program, be stayed for the next 30 days. The Parties further request that the Case Management Conference currently scheduled for June 3, 2020 be adjourned *sine die*.

. . .

9158850097468

1       Dated this 1~~1~~2th day of May, 2020

2  **THORPE SHWER, P.C.**             **TIFFANY & BOSCO, P.A.**

3

4  By: /s/ *William L. Thorpe*         By: */s/ Lance Broberg*
       William L. Thorpe              Lance Broberg
       Jamie Gill Santos            Timothy C. Bode

5

6           AND                            *Counsel for Defendants*
  ~~AND~~

7       Barry I. Levy (admitted *pro hac vice*)
       Steven Henesy (admitted *pro hac* vice)

8       **RIVKIN RADLER LLP**

9       *Counsel for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THORPE SHWER, P.C.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1~~1~~2, 2020, I electronically transmitted the attached

document to the Clerk's office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the CM/ECF registrants.


*/s/* *Lynn Acosta*
An Employee of Thorpe Shwer, P.C.

4

9158850~~097468~~